UNITED STATES *versus* ALEXANDER T. E. VIDAL

JOURNAL ENTRIES (1815): *Journal 2:* (1) Appearance *p. 460; (2) jury de medietate linguae ordered *p. 463; (3) jury trial, verdict *p. 481; (4) attendance of witnesses proved *p. 482; (5) sentence on first count *p. 487; (6) transcript of proceedings ordered transmitted *p. 488; (7) discharge on second count *p. 490.

PAPERS IN FILE: (1) Affidavits of Charles Rivard and Charles Nicolet Goüin; (2) affidavit of John Meldrum; (3) affidavit of Louis Bourré; (4) affidavit of Brig. Gen. James Miller; (5) indictment; (6) capias sur indictment; (7) subpoena.